IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHANIE WHIDDON,<br><br>    Plaintiff,<br><br>v.<br><br>BERRIEN COUNTY BOARD OF COMMISSIONERS; ANTHONY HEATH, individually and in his official capacity as sheriff; RUBIN JEROD THOMAS; and TERENCE BRYANT,<br><br>    Defendants. | Civil Action 7:11-CV-155 (HL) |

## ORDER

The Court orders Plaintiff Stephanie Whiddon to file a report indicating the status of service upon Defendant Rubin Jerod Thomas. Defendant Thomas has not yet appeared in this case, and an update on the status of this Defendant is necessary before proceeding with the Scheduling and Discovery Order. This response is due no later than Tuesday, May 8, 2012.

**SO ORDERED**, this 1st day of April, 2012.

                                          *s/ Hugh Lawson*
                                          HUGH LAWSON, SENIOR JUDGE

ebr