IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHANIE WHIDDON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. 7:11-CV-155 HL |
| v. | : |
| | : |
| BERRIEN COUNTY, GEORGIA, | : |
| ANTHONY HEATH, | : |
| Individually and in his official capacity | : |
| As Sheriff, RUBIN JEROD THOMAS, | : |
| And TERENCE BRYANT, | : |
| | : |
| Defendants. | : |

**ORDER DISMISSING BERRIEN COUNTY, GEORGIA AS A PARTY DEFENDANT**

The parties having jointly moved the Court for leave for plaintiff to dismiss with prejudice Berrien County, Georgia as a party defendant in the captioned action, it is

ORDERED AND ADJUDGED that said leave is hereby granted and Berrien County, Georgia is hereby dismissed with prejudice as a party defendant.

This  11th  day of March, 2013.

                                                                         s/Hugh Lawson

                                                                         Judge, US District Court
                                                                         Middle District of Georgia

This document prepared by:
    /s/ John M. Stephenson
Attorney for Heath and Berrien County
John M. Stephenson
Georgia State Bar No. 679850
Post Office Box 2008
Albany, Georgia  31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
jstephenson@watsonspence.com